**Order entered February 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00026-CV

**RICHARD GEHRKE AND PACIFIC COMPANIES, INC., Appellants**

**V.**

**MERRITT HAWKINS & ASSOCIATES, LLC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09562**

## ORDER

Before the Court is appellants' February 20, 2019 motion for extension of time to file its opening brief. We **GRANT** the motion and extend the time to **March 14, 2019**. Because appellants' brief in this accelerated appeal was originally due on February 7, 2019, we caution appellants that further extension requests will be disfavored.

/s/     BILL WHITEHILL
        JUSTICE